UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROBERT RADEMACHER

        Plaintiff,

v.

THE BRACHFELD LAW GROUP, P.C. AND
LVNV FUNDING, LLC

        Defendants.

Civil Action No. 12-CV-6295

---

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED: May 21, 2013

/s/ Seth J. Andrews, Esq.

_____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED: May 21, 2013

/s/ David G. Peltan, Esq.

_____
David G. Peltan, Esq.
Peltan Law, PLLC.
*Attorneys for Defendant*
128 Church Street
East Aurora, New York 14052
Phone: (716) 374-5431

SO ORDERED

/s/ Michael A. Telesca
MICHAEL A. TELESCA
United States District Judge

DATE 5/24/13